B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Endor, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3830072** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1124 W. Old Monee Rd.**<br>**Crete, IL**<br>ZIP Code **60417** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**
| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Endor, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Endor, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ SCOTT R. CLAR**
Signature of Attorney for Debtor(s)

**SCOTT R. CLAR   06183741**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address

**312-641-6777   Fax: 312-641-7114**
Telephone Number

**August  6, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ William A. Cunha**
Signature of Authorized Individual

**William A. Cunha**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August  6, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Endor, Inc.**                                                                 Case No.
Debtor(s)                                                         Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Advanta Bank Corp.**<br>**PO Box 8088**<br>**Philadelphia, PA 19101-8088** | **Advanta Bank Corp.**<br>**PO Box 8088**<br>**Philadelphia, PA 19101-8088** | | | **55,825.47** |
| **Bank of America**<br>**PO Box 15027**<br>**Wilmington, DE 19850-5027** | **Bank of America**<br>**PO Box 15027**<br>**Wilmington, DE 19850-5027** | | | **53,594.60** |
| **Burke Engineering Corporation**<br>**18330 Distinctive Drive**<br>**Orland Park, IL 60467** | **Burke Engineering Corporation**<br>**18330 Distinctive Drive**<br>**Orland Park, IL 60467** | | | **272,136.25** |
| **Calderone Enterprises, Inc.**<br>**15631 Van Drunen Rd.**<br>**South Holland, IL 60473** | **Calderone Enterprises, Inc.**<br>**15631 Van Drunen Rd.**<br>**South Holland, IL 60473** | | | **98,008.50** |
| **Carpenters 496**<br>**c/o Cavanagh and Ohara**<br>**407 E. Adams, PO Box 5043**<br>**Springfield, IL 62705** | **Carpenters 496**<br>**c/o Cavanagh and Ohara**<br>**407 E. Adams, PO Box 5043**<br>**Springfield, IL 62705** | | **Disputed** | **89,667.01** |
| **Cornerstone Eng. Inc.**<br>**Christopher E. Cannonito**<br>**15930 S. 75th Court, #100**<br>**Tinley Park, IL 60477** | **Cornerstone Eng. Inc.**<br>**Christopher E. Cannonito**<br>**15930 S. 75th Court, #100**<br>**Tinley Park, IL 60477** | | **Disputed** | **200,000.00** |
| **Customflow Exteriord, Inc.**<br>**9604 South 51st Avenue**<br>**Oak Lawn, IL 60453** | **Customflow Exteriord, Inc.**<br>**9604 South 51st Avenue**<br>**Oak Lawn, IL 60453** | | | **174,900.00** |
| **Hundman Lumber & True Value**<br>**100 S. Spruce St.**<br>**Manteno, IL 60950** | **Hundman Lumber & True Value**<br>**100 S. Spruce St.**<br>**Manteno, IL 60950** | | | **55,181.28** |
| **I.N.R. Beatty Lumber Co.**<br>**800 W. Church Rd.**<br>**Beecher, IL 60401** | **I.N.R. Beatty Lumber Co.**<br>**800 W. Church Rd.**<br>**Beecher, IL 60401** | | | **208,894.11** |
| **Local 751**<br>**Law Offices of Roger N. Gold, Ltd.**<br>**One South Dearborn, #2100**<br>**Chicago, IL 60603** | **Local 751**<br>**Law Offices of Roger N. Gold, Ltd.**<br>**One South Dearborn, #2100**<br>**Chicago, IL 60603** | | **Disputed** | **71,375.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Endor, Inc.**  
              Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| M&J Underground, Inc.<br>26603 S. Governors Hwy<br>PO Box 164<br>Monee, IL 60449 | M&J Underground, Inc.<br>26603 S. Governors Hwy<br>PO Box 164<br>Monee, IL 60449 | | | 67,607.03 |
| Merts Heating & Air Conditioning<br>3102 Holeman Ave.<br>Steger, IL 60475 | Merts Heating & Air Conditioning<br>3102 Holeman Ave.<br>Steger, IL 60475 | | | 79,643.39 |
| Raymond A. Feeley, Ltd.<br>601 Seaview Ct., Unit 610<br>Marco Island, FL 34145 | Raymond A. Feeley, Ltd.<br>601 Seaview Ct., Unit 610<br>Marco Island, FL 34145 | | | 58,494.51 |
| Reichelt Plumbing<br>PO Box 177<br>451 Winston Ct.<br>Schererville, IN 46375 | Reichelt Plumbing<br>PO Box 177<br>451 Winston Ct.<br>Schererville, IN 46375 | | | 153,113.00 |
| Scheer's Inc.<br>601 Oakmont Lane, Suite 400<br>Westmont, IL 60559-5570 | Scheer's Inc.<br>601 Oakmont Lane, Suite 400<br>Westmont, IL 60559-5570 | | Disputed | 115,126.00 |
| Scheer's Inc.<br>601 Oakmont Lane, Suite 400<br>Westmont, IL 60559-5570 | Scheer's Inc.<br>601 Oakmont Lane, Suite 400<br>Westmont, IL 60559-5570 | | Disputed | 378,889.00 |
| Scheer's Inc.<br>601 Oakmont Lane, Suite 400<br>Westmont, IL 60559-5570 | Scheer's Inc.<br>601 Oakmont Lane, Suite 400<br>Westmont, IL 60559-5570 | | Disputed | 305,000.00 |
| Scheer's Inc.<br>601 Oakmont Lane, Suite 400<br>Westmont, IL 60559-5570 | Scheer's Inc.<br>601 Oakmont Lane, Suite 400<br>Westmont, IL 60559-5570 | | Disputed | 79,486.00 |
| Tile Works and More<br>393 South Creek Drive<br>Manteno, IL 60950 | Tile Works and More<br>393 South Creek Drive<br>Manteno, IL 60950 | | | 58,837.00 |
| Wells Fargo Bank<br>Business Direct<br>PO Box 348750<br>Sacramento, CA 95834 | Wells Fargo Bank<br>Business Direct<br>PO Box 348750<br>Sacramento, CA 95834 | | | 105,552.04 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 6, 2009**        Signature  **/s/ William A. Cunha**  
                                                                 **William A. Cunha**  
                                                                 **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
**Northern District of Illinois**

In re  **Endor, Inc.**                                                                Case No.
                                               Debtor(s)                               Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:          **136**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August 6, 2009**              **/s/ William A. Cunha**
                                        **William A. Cunha**/**President**
                                        Signer/Title

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

AAA Supply Corp.
608 Route 41
Schererville, IN 46375

Amerititle, Inc.
20550 LaGrange Rd.
Frankfort, IL 60423

Carpenters 496
c/o Cavanagh and Ohara
407 E. Adams, PO Box 5043
Springfield, IL 62705

Ackman, Marek & Boyd, Ltd.
One Dearborn Squire, Suite 400
Kankakee, IL 60901

Andrew & Casson, Ltd.
661 W. Lake St., Suite 2N
Chicago, IL 60661

Chase Bank
PO Box 15153
Wilmington, DE 19886-5153

Advanta Bank Corp.
PO Box 8088
Philadelphia, PA 19101-8088

Aqua Illinois
PO Box 298
Struthers, OH 44471-0298

City of Momence
123 W. River St.
Momence, IL 60954

Aldon Inc.
c/o Burke, Costanza & Cuppy, LLP
9191 Broadway
Merrillville, IN 46410

AT&T
PO Box 8100
Aurora, IL 60507-8100

CNA Surety
8137 Innovation Way
Chicago, IL 60682

All Pro Paving, Inc.
PO Box 1297
Frankfort, IL 60423

Auto-Owners Insurance
PO Box 30315
Lansing, MI 48909-7578

Cobblestone Townhome Assn.
c/o Endor Inc.
PO Box 608
Manteno, IL 60950

Allied Building Products Corp.
3888 Collections Center Dr.
Chicago, IL 60693

Bank of America
PO Box 15027
Wilmington, DE 19850-5027

Com Ed
PO Box 6111
Carol Stream, IL 60197-6111

Allied Waste Services #715
PO Box 9001099
Louisville, KY 40290-1099

Beckett Accounting & Tax Service
PO Box 700
Beecher, IL 60401-0700

Comcast
PO Box 173885
Denver, CO 80217-3885

Allied Waste Services #770
PO Box 9001154
Louisville, KY 40290-1154

Burke Electrical Construction
227 E. Laraway Rd.
Frankfort, IL 60423

Cornerstone Eng. Inc.
Christopher E. Cannonito
15930 S. 75th Court, #100
Tinley Park, IL 60477

American International Companies
22427 Network Place
Chicago, IL 60673-1224

Burke Engineering Corporation
18330 Distinctive Drive
Orland Park, IL 60467

County Collector, Kankakee, IL
Kankakee County Collector's Office
192 N. East Ave.
Kankakee, IL 60901

Amerigas
Dept. 0140
Palatine, IL 60055-0140

Calderone Enterprises, Inc.
15631 Van Drunen Rd.
South Holland, IL 60473

Crown Brick
820 Thomas St.
Crown Point, IN 46307

| | | |
|---|---|---|
| Customflow Exterford, Inc.<br>9604 South 51st Avenue<br>Oak Lawn, IL 60453 | Forestas<br>c/o Thomas Schab<br>131 Ridge Road<br>Munster, IN 46321 | Gniar Multiple Listing Service<br>800 E. 86th Ave.<br>Merrillville, IN 46410 |
| Department of Public Utilities<br>PO Box 157<br>Lowell, IN 46356 | Frank's Appliance Center<br>1035 W. Superior Bradley<br>Bradley, IL 60915 | Gwen Cunha<br>1124 Old Monee Road<br>Crete, IL 60417 |
| Dept. of Business Services<br>501 S. 2nd Street<br>Springfield, IL 62756-5510 | Frankfort Drywall Supply, Inc.<br>10211 W. 191st St.<br>Mokena, IL 60448 | Hanover Insurance<br>PO Box 4031<br>Woburn, MA 01888 |
| Dicicco Concrete Products<br>128 E. Lincoln Hwy.<br>Chicago Heights, IL 60411-2779 | Gallager Asphalt Corporation<br>18100 S. Indiana Ave.<br>Thornton, IL 60476 | HD Supply Waterworks Ltd.<br>220 S. Westgate Dr.<br>Carol Stream, IL 60188 |
| Discover<br>PO Box 3008<br>New Albany, OH 43054-3008 | Gas City<br>PO Box 85<br>Lowell, IN 46356 | Heartland Cabinetry & More<br>265 Stebbing Court, Suite 5<br>Bradley, IL 60915 |
| East Jordan Iron Works, Inc.<br>PO Box 439<br>East Jordan, MI 49727 | Gemini Plumbing<br>3310 Holeman South<br>Chicago Heights, IL 60411 | Helsel-Jepperson Electrical Inc.<br>PO Box 310<br>Chicago Heights, IL 60412-0310 |
| Eli's Damp Proofing<br>195 W. Station Street<br>Kankakee, IL 60901 | Gina Gorcsos<br>13621 Doffin St.<br>Cedar Lake, IN 46303 | Hicksgas Kankakee, Inc.<br>1625 S. Schuyler Ave.<br>Kankakee, IL 60901 |
| Exterior Wholesale<br>325 North East Ave.<br>Kankakee, IL 60901 | Glass Doctor<br>639 N. Entrance Ave.<br>Kankakee, IL 60901 | Hundman Lumber & True Value<br>100 S. Spruce St.<br>Manteno, IL 60950 |
| First Community Bank<br>650 Wilmington Rd.<br>PO Box 457<br>Peotone, IL 60468 | Globalcom Inc.<br>4070 Paysphere Circle<br>Chicago, IL 60674 | I.N.R. Beatty Lumber Co.<br>800 W. Church Rd.<br>Beecher, IL 60401 |
| First Midwest Bank<br>17500 S. Oak Park Ave.<br>Tinley Park, IL 60477 | GMAC<br>PO Box 9009148<br>Louisville, KY 40290-1948 | ILCC/TRF<br>527 E. Capitol Ave.<br>Springfield, IL 62701 |

| | | |
|---|---|---|
| Illinois Commerce Commission<br>527 East Capitol Ave.<br>Springfield, IL 62701 | Lake County Treasurer<br>2293 N. Main St.<br>Crown Point, IN 46307 | Menards Retail Services<br>PO Box 5219<br>Carol Stream, IL 60197-5219 |
| Illinois Dept. of Revenue<br>PO Box 19447<br>Springfield, IL 62794-9447 | Law Offices of Barry Serota & Assoc<br>PO Box 1008<br>Arlington Heights, IL 60006 | Merts Heating & Air Conditioning<br>3102 Holeman Ave.<br>Steger, IL 60475 |
| Illinois EPA<br>PO Box 19276<br>Springfield, IL 62794-9276 | Local 751<br>Law Offices of Roger N. Gold, Ltd.<br>One South Dearborn, #2100<br>Chicago, IL 60603 | Mica World Ltd.<br>18839 S. Wolf Rd.<br>Mokena, IL 60448 |
| Innovative Miior & Shower<br>107 E. Third St.<br>Hobart, IN 46342 | Luis Serrato<br>14848 Farfield Ave.<br>Harvey, IL 60426 | Michael J. Cunha<br>PO Box 608<br>Manteno, IL 60950 |
| Iroquois Paving Corp.<br>1889 E. US Hwy 24<br>PO Box 466<br>Watseka, IL 60970-0466 | M&J Underground, Inc.<br>26603 S. Governors Hwy<br>PO Box 164<br>Monee, IL 60449 | MJ Cultured Marble<br>1131 W. Goodenow Rd.<br>Beecher, IL 60401 |
| J.F. New & Associates<br>PO Box 243<br>Walkerton, IN 46574 | Mary Wassner<br>Law Office of Michael J. Brennan PC<br>15030 S. Ravnina Ave., #39<br>Orland Park, IL 60462 | Move Sales, Inc.<br>Attn: Accounts Receivable<br>PO Box 4455<br>Scottsdale, AZ 85267-3239 |
| JCR Services, Inc.<br>12742 Wicker Ave., Unit C<br>Cedar Lake, IN 46303 | Max's Lawn Maintenance<br>PO Box 225<br>Steger, IL 60475 | Mt. Carmel Sand & Gravel, Inc.<br>PO Box 458<br>Mount Carmel, IL 62863 |
| John & Ann Stanfa<br>%Mark Kmiecik, Esq. @Budzik & Dynia<br>4345 N. Milwaukee Ave.<br>Chicago, IL 60641 | Meinzer & Babineaux<br>Attorneys aw Law<br>9190 Wicker Ave., POB 111<br>Saint John, IN 46373-0111 | Nextel Communications<br>PO Box 4181<br>Carol Stream, IL 60197 |
| Kankakee County Assn. of Realtors 1<br>256 S. Washington Ave.<br>Kankakee, IL 60901 | Melco Tire 3499-B E.<br>11000 N. Rd.<br>Peotone, IL 60468 | Nicor Gas<br>PO Box 0632<br>Aurora, IL 60507-0632 |
| Lake County Cartage, Inc.<br>879 Joliet Street, #210<br>Dyer, IN 46311 | Melissa Cunha<br>PO Box 253<br>Crete, IL 60417 | North Star Trust Company<br>PO Box 2925<br>Milwaukee, WI 53201-2925 |

| | | |
|---|---|---|
| Northwind Concrete Products<br>4633 Prairie Hill Rd.<br>South Beloit, IL 61080-2540 | R&R Inc.<br>422 N. Kennedy Dr.<br>Bradley, IL 60915 | Silt Solutions Inc.<br>14513 Waverly Ave.<br>Midlothian, IL 60445-2941 |
| Outsen Electric, Inc.<br>831 W. River Place<br>Kankakee, IL 60901 | Raymond A. Feeley, Ltd.<br>601 Seaview Ct., Unit 610<br>Marco Island, FL 34145 | Smith Ready Mix<br>PO Box 489<br>Valparaiso, IN 46384-0489 |
| Paniaguas<br>c/o Goodman, Katz & Scheele<br>9013 Indianapolis Blvd.<br>Highland, IN 46322 | Reeves Exterior Services<br>7602 W. Lincoln Hwy.<br>Crown Point, IN 46307 | Superior Petroleum Products, Inc.<br>865 N. Superior Dr.<br>Crown Point, IN 46307 |
| Pekin Insurance<br>2505 Court St.<br>Pekin, IL 61558-0001 | Reichelt Plumbing<br>PO Box 177<br>451 Winston Ct.<br>Schererville, IN 46375 | T&A Electric<br>PO Box 692<br>Schererville, IN 46375 |
| Peotone Bank & Trust Co.<br>200 W. Corning Ave.<br>Peotone, IL 60468 | RJD Construction Services<br>3632 Emerald Ave.<br>Steger, IL 60475 | T.H. Davidson & Co., Inc.<br>10715 Vans Drive<br>Frankfort, IL 60423-7914 |
| Plum Valley Landscaping<br>25555 S. Cottage Grove<br>Crete, IL 60417 | RW/SSC<br>6655 S. Main St.<br>Downers Grove, IL 60516 | Tauber & Westland, P.C.<br>1415 Eagle Ridge Dr.<br>Schererville, IN 46375 |
| Pozzo Illinios Inc.<br>Mack Sales & Service<br>94 E. Sauk Trail<br>Chicago Heights, IL 60411 | Scheer's Inc.<br>601 Oakmont Lane, Suite 400<br>Westmont, IL 60559-5570 | The Concrete Guys<br>PO Box 409<br>Schererville, IN 46375 |
| Progressive Business Publications<br>370 Technology Dr.<br>PO Box 3019<br>Malvern, PA 19355 | SCP Building Products, LLC<br>dba The Federal Group<br>PO Box 78000<br>Detroit, MI 48278 | The Federal Group<br>c/o Teller Levit & Silvertrust PC<br>11 E. Adams St.<br>Chicago, IL 60603 |
| Provena St. Mary's Hospital<br>500 W. Court St.<br>Kankakee, IL 60901 | Shell Fleet Plus<br>PO Box 689081<br>Des Moines, IA 50368-9081 | The Seitz Group<br>PO Box 565 Dixie Hwy., Unit #4<br>Beecher, IL 60401-0565 |
| Pyramid Alarm, Inc.<br>PO Box 391<br>Lansing, IL 60438 | Sherwin Williams<br>7350 S. Archer Rd.<br>Justice, IL 60458-1157 | Tidy John Inc.<br>3222 Keeney Ave.<br>Steger, IL 60475 |

Tile Works and More
393 South Creek Drive
Manteno, IL 60950

White Cap Construction Supply
9950 S. 134th St.
Omaha, NE 68138-6199

Town and Country
PO Box 2150-W
Bedford Park, IL 60499-2150

Will County Treasurer
Will County Office Bldg.
302 N. Chicago Street
Joliet, IL 60432-4059

Town of Cedar Lake
PO Box 707
Cedar Lake, IN 46303

William Cunha Jr.
PO Box 608
Manteno, IL 60950

Tracy, Johnson & Wilson
2801 Black Road, 2nd Floor
Joliet, IL 60435-2927

William Cunha Sr.
1124 Old Monee Rd.
Crete, IL 60417

Transite Heating & Air Cond., Inc.
PO Box 210
Cedar Lake, IN 46303-0210

Woody's Lawn Inc.
PO Box 126
Grant Park, IL 60940

Utilities Inc.
PO Box 361
Cedar Lake, IN 46303

Yardvarks Landscapting
PO Box 12
Watseka, IL 60970

Village of Monee
5130 W. Court St.
Monee, IL 60449

Vulcan Materials
1000 E. Warrenville Rd., Suite 100
Naperville, IL 60563

Weiser & Sterba
429 West Lincoln Highway
Schererville, IN 46375

Wells Fargo Bank
Business Direct
PO Box 348750
Sacramento, CA 95834